# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER PATRICK MCGOWAN,** | : | CIVIL NO. 1:19-CV-378 |
| | : | |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **OFFICER REISNER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of November, 2019, upon consideration of plaintiff's motion (Doc. 27) for summary judgment, and it being evident that plaintiff filed the motion before the pleadings were closed,[1] it is hereby ORDERED that the motion (Doc. 27) for summary judgment is DISMISSED without prejudice as premature.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Defendant was served with a copy of the complaint, notice of lawsuit and request to waive service of summons, and waiver of the service of summons, on or about April 1, 2019. (Doc. 26). Accordingly, a responsive pleading was due on or before May 31, 2019. See FED. R. CIV. P. 12(a)(1)(ii). Thus, plaintiff's motion (Doc. 27) for summary judgment filed on May 2, 2019 was clearly premature.