## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER PATRICK MCGOWAN,** | : | **CIVIL NO. 1:19-CV-378** |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OFFICER REISNER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of November, 2019, upon consideration of plaintiff's motion (Doc. 20) for leave to file an amended application to proceed *in forma pauperis*, and amended application to proceed *in forma pauperis* (Doc. 22), and the court having previously granted plaintiff leave to proceed *in forma pauperis* (Doc. 18), and the court finding that the information contained in the proposed amended application to proceed *in forma pauperis* (Doc. 22) is merely duplicative of the information in plaintiff's prior application (Docs. 15, 16), it is hereby ORDERED that the motions (Docs. 20, 22) are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania