# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER PATRICK MCGOWAN,** | : | CIVIL NO. 1:19-CV-378 |
| | : | |
| | : | (Chief Judge Conner) |
| Plaintiff | : | |
| v. | : | |
| **OFFICER REISNER,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 21st day of November, 2019, upon consideration of defendant's motion (Doc. 30) to dismiss, and it appearing that plaintiff has failed to oppose the motion, it is hereby ORDERED that:

1. On or before December 4, 2019, plaintiff shall file a brief in opposition to defendant's motion to dismiss.

2. Failure to timely file a brief in opposition to defendant's motion will result in the motion (Doc. 30) being deemed unopposed. See L.R. 7.6.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania