# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER PATRICK MCGOWAN,** | : | **CIVIL NO. 1:19-CV-378** |
| | : | |
| | : | **(Chief Judge Conner)** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **OFFICER REISNER,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 10th day of December, 2019, upon consideration of defendant's motion (Doc. 30) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 30) is GRANTED.

2. The complaint (Doc. 1) is DISMISSED.

3. Plaintiff is granted twenty (20) days from the date of this order to file a proposed amended complaint to cure the deficiencies with respect to the Fourth Amendment and due process claims. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania